United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-12988-pmm

Debra M. Jacono                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: 130 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID**          **Recipient Name and Address**
db          Debra M. Jacono, 408 Haverford Rd, Ridley Park, PA 19078-2813

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Debra M. Jacono help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Debra M. Jacono )        Case No. 26–12988–pmm
)
)
   Debtor(s). )        Chapter: 13
)
)

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

       Documents and Deadline

       Means Test Calculation 122C–2 Due 7/30/26
       Plan Due 7/30/26
       Schedules A/B Due 7/30/26
       Schedules C Due 7/30/26
       Schedules D Due 7/30/26
       Schedules E/F Due 7/30/26
       Schedules G Due 7/30/26
       Schedules H Due 7/30/26
       Schedules I Due 7/30/26
       Schedules J Due 7/30/26
       Statement of Attorney Compensation Due 7/30/26
       Statement of Current Monthly Income (122C–1) Due 7/30/26
       Statement of Financial Affairs Due 7/30/26
       Summary of Assets and Liabilities Due 7/30/26

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: July 17, 2026                By the Court

                                 Patricia M. Mayer
                                 Judge, United States Bankruptcy Court