# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Debra M. Jacono,<br><br>Debtor. | Case No. 26-12988-PMM<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 21, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Towd Point Mortgage Trust**
c/o Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

## Method of Service: First Class Mail

Citibank / The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
Saint Louis, MO 63179

William Hanratty
218 Fairview Rd
Crum Lynne, PA 19022-1121

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844

Mohela
Po Box 300001
Greenville, TX 75403
Salt Lake City, UT 84165-0250

U.S. Department of Education
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243